In the Matter of the Application of THE CITY OF NEW YORK to Acquire Title to Property for the Widening of Clinton Avenue in the Borough of Brooklyn.

JOHN C. KLUBER, Appellant; THE CITY OF NEW YORK, Respondent.

*Matter of Clinton Avenue,* 57 App. Div. 166, affirmed.
(Argued June 5, 1901; decided June 21, 1901.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, made January 25, 1901, which reversed an order of

Special Term vacating an order appointing commissioners of estimate and assessment in the proposed widening of Clinton avenue in the borough of Brooklyn.

The following are the questions certified:

*First.* Is the act entitled " An act in relation to Clinton avenue in the borough of Brooklyn in the city of New York," and known as chapter 257 of the Laws of 1899, in violation of section 16, article 3 of the Constitution ?

*Second.* Is the land sought to be taken by said act to be taken for a public use ?

*John F. Clarke* for appellant.

*J. Hampden Dougherty* for property holders.

*John Whalen, Corporation Counsel (William J. Carr* of counsel), for respondent.

Order affirmed, with costs. The first question certified answered in the negative and the second question in the affirmative; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, VANN, LANDON, CULLEN and WERNER JJ.